# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| LASUPTA SINGLETARY | Case Number: 8:02-CR-308-T-17TGW |
| | USM Number: 40560-018 |
| | Dulio Espinosa-Montalban, CJA |
| | Defendant's Attorney |

**THE DEFENDANT:**
__X__ admitted guilt to violation of charge number(s) _1 through 9_ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Possession of Marijuana | 6/1/08 |
| 2 | Travel outside the district without permission | 6/1/08 |
| 3 | Association with a person convicted of a felony | 6/1/08 |
| 4 | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer | On or before 6/4/08 |
| 5 | Failure to submit written monthly reports | 11/5/08; 2/5/09; 3/5/09 |
| 6 | Failure to notify 10 days prior to any change in residence | On or about 1/17/09 |
| 7 | New criminal conduct, Escape 1st Degree | 3/18/09 |
| 8 | New criminal conduct, Resisting Arrest | 3/18/09 |
| 9 | New criminal conduct, Assault 2nd Degree | 3/18/09 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 27, 2009
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

MAY 29th, 2009
Date

DEFENDANT: LASUPTA SINGLETARY
CASE NUMBER: 8:02-CR-308-T-17TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-ONE (21) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__ The defendant is remanded to the custody of the United States Marshal Service.

**Recommendations to the United States Bureau of Prisons:**
(1) Incarceration at Coleman, FL.
(2) Procure GED.
(3) Evaluate defendant's health and physical limitations.
(4) Evaluate vocational for aptitude and train in area of interests and skills, taking into account any physical limitations defendant might have.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL